UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES P. BEECHINOR, | : | CASE NO. 3:15-cv-01172 (SRU) |
| Plaintiff, | : | |
| v. | : | |
| ALFANO AUTO GROUP, LLC d/b/a ALFANO NISSAN, | : | |
| Defendant. | : | MARCH 1, 2016 |

## ALFANO AUTO GROUP, LLC'S
## NOTICE OF ACCEPTANCE OF PLAINTIFF'S OFFER OF JUDGMENT

The Defendant Alfano Auto Group, LLC d/b/a Alfano Nissan, by and through its attorneys, hereby gives notice, pursuant to Rule 68 of the Federal Rules of Civil Procedure, that it accepts the Offer of Judgment served on it by the Plaintiff on February 3, 2016.

Respectfully submitted by,

ALFANO AUTO GROUP, LLC d/b/a
ALFANO NISSAN

       /s/ Robert E. Koosa
Robert E. Koosa (ct26191)
rkoosa@bonnerkiernan.com
Bonner Kiernan Trebach & Crociata, LLP
200 Portland Street
Boston, MA 02114
617.426.0100
617.426.0380 (facsimile)
Its Attorney

## CERTIFICATION

      I hereby certify that on this date a copy of foregoing **Alfano Auto Group, LLC's Notice of Acceptance of Plaintiff's Offer of Judgment** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ Robert E. Koosa