UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES P. BEECHINOR ) | CIVIL ACTION NO. |
|     Plaintiff ) | 3:15-CV-1172-SRU |
| ) | |
| v. ) | |
| ) | |
| ALFANO AUTO GROUP, LLC d/b/a ) | |
| ALFANO NISSAN ) | |
|     Defendant ) | |
| ) | MARCH 22, 2016 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, James P. Beechinor, through his attorney, and the defendant, Alfano Auto Group, LLC d/b/a Alfano Nissan, through their attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

                          PLAINTIFF, JAMES P. BEECHINOR

                          By: /s/ *Daniel S. Blinn*
                              Daniel S. Blinn (ct02188)
                              dblinn@consumerlawgroup.com
                              Consumer Law Group, LLC
                              35 Cold Spring Rd. Suite 512
                              Rocky Hill, CT  06067
                              Tel. (860) 571-0408
                              Fax (860) 571-7457

DEFENDANT, ALFANO AUTO GROUP, LLC

d/b/a ALFANO NISSAN

By: /s/ *Robert E. Koosa*
    Robert E. Koosa (ct26191)
    rkoosa@bonnerkiernan.com
    Bonner Kiernan Trebach & Crociata, LLP
    200 Portland Street
    Boston, MA 02114
    Tel: (617) 426-3900
    Fax: (617) 426-0380

## CERTIFICATION

I hereby certify that on this 22nd day of March, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ *Daniel S. Blinn*
    Daniel S. Blinn